UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sandra Gonzalez,

                        Plaintiff,

       -against-

Galleria Mall at White Plains et al.,

                       Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2021

1:19-cv-09348 (LLS) (SDA)

ORDER SCHEDULING TELEPHONIC
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

       A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Tuesday, December 14, 2021 at 10:00 a.m. The settlement shall proceed by telephone unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means, such as by video.

       The Court will provide dial-in information to the parties by email before the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron.

SO ORDERED.

Dated:      New York, New York
              November 12, 2021

                                                            _____
                                                            STEWART D. AARON
                                                             United States Magistrate Judge