ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SANDRA GONZALEZ,

                              Plaintiff,          19 Civ. 9348 (LLS)

              - against -                         ORDER

GALLERIA MALL AT WHITE PLAINS, ET.
AL.,

                              Defendants.

It having been reported to the Court that this action is
settled, it is

ORDERED, that this action is dismissed with prejudice but
without costs; provided, however, that within forty-five (45)
days of the date of this Order either party may apply by letter
for restoration of the action to the Court's calendar.

So Ordered.

Dated:    New York, New York
          December 13, 2021

                              *Louis L. Stanton*
                              LOUIS L. STANTON
                              U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/13/21